| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| Jelani J. Lindsey (CA Bar No. 280092) <br> (Email: jelani_Lindsey@fd.org) <br> Federal Public Defender Office <br> 321 E. 2nd Street  Los Angeles, California 90012 <br> (Phone (213) 894-5312) | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br><br> v. <br><br> ROGER DEAN JONES, <br><br> DEFENDANT. | CASE NUMBER <br><br> 2:25-mj-00848-DUTY-1 <br><br> **APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant Roger Dean Jones that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge A. Joel Richlin _____ by order dated: 03/04/2025

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☐ A hearing is being sought before Magistrate Judge _____ as there is new information to be presented that was not considered by the previous judicial officer; or

☑ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific):*
Release on the conditions proposed by Pretrial on March 4, 2025: $15,000 appearance bond, submit to Pretrial Services, surrender all passports and travel documents; travel restricted to CDCA; reside as approved by Pretrial Services; do not possess any Identification documents other than any your own legal or true name; participate in mental health treatment; do not drive without a valid driver's license.

Counsel for the defendant and plaintiff United States Government consulted on March 10, 2025 and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation on March 10, 2025.

An interpreter is ☐ required ☑ not required.  Language _____
Defendant is ☑ in custody ☐ not in custody.

| 03/10/2025 | /s/ Jelani J. Lindsey (counsel for Mr. Jones) |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (09/24)